UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CARLTON KNOWLES, *on behalf of himself and all* : 
*other persons similarly situated*, :
:
                      Plaintiffs, :      24-CV-10008 (JAV)
:
      -v- :      <u>ORDER</u>
:
NUTRANEXT BUSINESS, LLC, :
:
                      Defendant. :
X
-------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 7, 2025
       New York, New York                             _____
                                                         JEANNETTE A. VARGAS
                                                         United States District Judge